UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

In the Matter of the Application Regarding  No. 4:20-mj-01

20-002-04                                   MOTION TO SEAL

The United States hereby moves this Court for an order:

1. Permanently sealing all documents filed in this matter that are not designated as redacted in the caption (including this motion and resultant order), as the documents contain reference to an ongoing investigation, protected personal identifiers, and references to informants and/or witnesses.

2. Sealing all documents in this matter designated redacted in the caption for a period of 90 days, subject to renewal, unless ordered otherwise by the Court.

Dated this 9th day of January, 2020.

RONALD A. PARSONS, JR.
United States Attorney

Jeremy R. Jehangiri
Assistant United States Attorney
P.O. Box 2638
Sioux Falls, SD 57101-2638
Telephone: (605)357-2353
Facsimile: (605)330-4410
E-Mail: Jeremy.Jehangiri@usdoj.gov

UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF:<br><br>20-002-04 | 4:20-mj-01<br><br>ORDER |

Pending before the court is the motion by the United States of America (government) seeking to permanently seal all documents filed in this matter that are not designated as redacted. The reason proffered by the government for permanent sealing is the documents contain reference to an ongoing investigation, protected personal identifiers, and reference to informants and/or witnesses. Further, the government seeks to seal all redacted documents for a period of 90 days, subject to renewal.

Keeping this rationale urged by the government for sealing of this case in mind, the court has examined each page of each document presented to the court. Only the unredacted application and attachment A thereto reveal any identifying information about the government's investigation. The remaining documents reveal no individualized information about the nature of the investigation or who is the subject of the investigation. Making these other documents public cannot jeopardize the investigation because no reader of these documents could discern who was being investigated or how.

Accordingly, it is hereby

ORDERED the government's motion is granted in part and denied in part as follows:

1.  The unredacted application and attachment A (attached to the application and resultant order) shall be filed under seal; the remainder of the documents and the case as a whole shall not be sealed;

2.  The government shall notify the court promptly when sealing of the above listed documents is no longer necessary to protect the details of the investigation so that those documents may be unsealed and made available for public inspection.

Dated this 9th day of January, 2020.

BY THE COURT:

VERONICA L. DUFFY
UNITED STATES MAGISTRATE JUDGE